■ MARCIA WENTLAND, Appellant, v E.A. GRANCHELLI DEVELOPERS, INC., et al., Respondents. (Appeal No. 1.) [42 NYS3d 893]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered January 22, 2016. The order denied the motion of plaintiff to set aside a verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.